**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-1362**

———————————

STEVE ALLEN HALL,

Plaintiff - Appellant,

versus

WEAVER REALTY COMPANY; MICHAEL R. HOLOMAN;
KATHY PEELER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-92-458-3-P)

———————————

Submitted: February 7, 1996      Decided: February 14, 1996

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Steve Allen Hall, Appellant Pro Se. William Pinkney Herbert Cary, Wayne A. Logan, John R. Archambault, BROOKS, PIERCE, MCLENDON, HUMPHREY, LEONARD, Greensboro, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order entering judgment in favor of Appellees in this labor employment action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hall v. Weaver Realty Co., No. CA-92-458-3-P (W.D.N.C. Jan. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2